■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE BREHON, Appellant. [880 NYS2d 496]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 13, 1999 (*People v Brehon,* 267 AD2d 318 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered December 10, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Santucci and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE CUMMINGS, Appellant. [880 NYS2d 496]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 2001 (*People v Cummings,* 288 AD2d 234 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered June 8, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.